62154. TURNER COMMUNICATIONS CORPORATION v. LAGERSTROM.

BANKE, Judge.

The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED JUNE 17, 1981.

*John A. Christy,* for appellant.
*John A. Leopard,* for appellee.